207 U. S. Cases Disposed of Without Consideration by the Court.

of Columbia. October 21, 1907. Docketed, and dismissed with costs on motion of *Mr. H. Prescott Gatley* for the defendant in error. No one opposing.

---

No. 1. AGUSTIN CASTELLO, APPELLANT, *v.* ERNEST RUFFER ET AL. Appeal from the District Court of the United States for Porto Rico. October 28, 1907. Dismissed with costs, pursuant to the fifteenth rule, on motion of *Mr. George H. Lamar* in behalf of counsel for the appellees. *Mr. James S. Harlan* and *Mr. John Maynard Harlan* for appellant. *Mr. N. B. K. Pettingill* for appellees.

---

No. 100. ARIZONA EASTERN RAILROAD COMPANY, APPELLANT, *v.* PHŒNIX AND EASTERN RAILROAD COMPANY. October 29, 1907. Appeal from the Supreme Court of the Territory of Arizona. Dismissed, per stipulation. *Mr. Eugene S. Ives* and *Mr. Maxwell Evarts* for appellant. *Mr. Robert Dunlap, Mr. T. J. Norton* and *Mr. E. W. Camp* for appellee.

---

No. 296. EVALYN S. FRANCE, FORMERLY EVALYN S. TOME, APPELLANT, *v.* JOSEPH M. COLEMAN ET AL. Appeal from the Court of Appeals of the District of Columbia. October 29, 1907. Dismissed with costs, on motion of counsel for appellant. *Mr. George E. Hamilton, Mr. M. J. Colbert* and *Mr. John J. Hamilton* for appellant. No appearance for appellees.

---

No. 93. GOVAN BEARD, PLAINTIFF IN ERROR, *v.* THE STATE OF ARKANSAS. In error to the Supreme Court of the State

of Arkansas.   November 5, 1907.   Case having abated by reason of the death of plaintiff in error, writ of error dismissed. *Mr. Baldy Vinson* for plaintiff in error.   No appearance for defendant in error.